# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CRIMINAL NOS. 1:07CR37 & 1:07CR55

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | <u>O R D E R</u> |
| ) | |
| JOEBEN OREN MARTIN ) | |

**THIS MATTER** is before the Court on motions of defense counsel for permission to file for interim payments of counsel fees.

For the reasons set forth in the motions and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motions are **ALLOWED**, and John C. Hunter is hereby permitted to file interim fee petitions in these matters.

Signed: July 6, 2007

Lacy H. Thornburg
United States District Judge